IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ONE SOURCE INDUSTRIES, INC., a Colorado corporation, and O.C.C. MEDIA, INC., a Wyoming corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>EDWARD PARKINSON, an individual, DONALD HERMANN, an individual, and JILL PARKINSON, an individual,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING EX PARTE MOTION FOR ALTERNATIVE SERVICE: DEFENDANT DONALD HERMANN<br><br><br><br>Case No. 2:13-CV-41 |

      This matter comes before the Court on Plaintiffs' Ex Parte Motion for Alternative Service. Pursuant to Fed. R. Civ. P. 4(e)(1), the Court may allow service of process as allowed by the law of Utah. The Court finds that under the circumstances of this case, Rule 4(d)(4)(a) of the Utah Rules of Civil Procedure allows service of process by publication or by some other means. Having considered Plaintiff's Motion and finding it appropriate, the Motion is hereby GRANTED, with the following requirements:

1

Plaintiffs may serve Defendant Donald Hermann by (1) mailing, via first class mail, postage prepaid, copies of the Summons, Complaint, Motion for Temporary Restraining Order and Notice of Hearing on Motion for Temporary Restraining Order, together with this Order, to Mr. Hermann at his parents' address: 2412 West 1500 North, Vernal, Utah 84078, and (2) email copies of these documents to Mr. Hermann's last known email address: rmprospects@gmail.com. Service shall be deemed completed once Plaintiffs have filed proof of service with the Court.

SO ORDERED.

DATED January 30, 2013.

BY THE COURT:

_____
TED STEWART
United States District Judge